**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**COFFIN DIERBERGER LLC, a Nebraska Limited Liability Company;**

**Plaintiff,**

**vs.**

**TRI-STATE INSURANCE COMPANY OF MINNESOTA, an Iowa Corporation;**

**Defendant.**

**8:25CV21**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **December 28, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge